UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 21-366 (MEF) |
| vs. | <u>ORDER</u> |
| ALTARIQ MCCOY | |

WHEREAS, on January 24, 2025, this Court ordered, pursuant to 18 U.S.C. § 4241(d), that the Defendant be committed to the custody of the Attorney General for restoration of mental competency;

WHEREAS, the Defendant was admitted to Federal Medical Center ("FMC")-Butner on June 9, 2025 for restoration as provided by 18 U.S.C. § 4241(d)(1);

WHEREAS, on October 8, 2025, the examining forensic psychologist at FMC-Butner informed this Court both (i) that the Defendant was not then presently competent to stand trial and (ii) that a substantial probability exists that the Defendant's competency to stand trial can be restored with further treatment, *see* D.E. 61;

WHEREAS, on October 31, 2025, the parties—as directed by this Court—submitted a status report to this Court reflecting the examining forensic psychologist's assessment and requesting a 120-day continuation of the Defendant's restoration period pursuant to 18 U.S.C. § 4241(d)(2), *see id.*;

WHEREAS, and in light of the examining forensic psychologist's October 8, 2025 assessment, both the United States and the Defendant consent to the continuation of the Defendant's restoration period pursuant to 18 U.S.C. § 4241(d)(2); and good cause being shown,

THIS COURT FINDS, pursuant to 18 U.S.C. § 4241(d)(2)(A), that there is a substantial probability that within 120 days of October 31, 2025, the defendant will attain the capacity to permit these proceedings to go forward; and it is therefore hereby

ORDERED, pursuant to 18 U.S.C. § 4241(d)(2), that the commitment of the Defendant for restoration be continued for 120 days from October 31, 2025; and it is further

ORDERED that the parties provide a further status report to this Court no later than February 27, 2026.

DATED: January _15_, 2026

_____
HONORABLE MICHAEL E. FARBIARZ
United States District Judge

Consented to as to form and entry:

*/s/ Andrew M. Trombly*            */s/ Adalgiza Nunez/AMT*

Andrew M. Trombly                  Adalgiza Nunez, Esq.
Assistant U.S. Attorney            Counsel for Altariq McCoy